**Order filed October 31, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00757-CV

———————

## IN RE RAHUL K. NATH, M. D. , Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-10826**

## ORDER

On October 30, 2019, relator Rahul K. Nath, M. D. filed a motion asking this court to remove Tab 2 of the Supplemental Mandamus Record (the confidential real estate contract) from the publicly available mandamus record because the trial court had ordered any such real estate contract to be filed under seal.

Relator has not provided this court with a permanent sealing order from the trial court that complies with the requirements of Rule 76a of the Texas Rules of Civil Procedure with respect to the real estate contract in question. Therefore, this court may not yet grant the relief requested by relator.

Relator has until January 10, 2020, to supplement the mandamus record with a copy of a permanent sealing order of the real estate contract that complies with Rule 76a. Failure to do so will result in the denial of relator's motion, unless, before that date, relator presents briefing, with citations to authority, establishing a valid legal basis on which this court may maintain this real estate contract under seal without an order showing the contract has been permanently sealed in accordance with Rule 76a. The real estate contract will not appear on the court's website while relator's motion remains pending.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.